# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARC HAYES** | : |
| | : |
| v. | : CIVIL ACTION NO. 24-797 |
| | : |
| **CITY OF PHILADELPHIA** | : |

## ORDER

This 29th day of April, 2024, Plaintiff having filed an Amended Complaint, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF 5) is **DENIED** as **MOOT**.

                                                                           /s/ Gerald Austin McHugh
                                                                  United States District Judge