**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARC HAYES** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-797** |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

## <u>ORDER</u>

This 24th day of September, 2024, it is hereby **ORDERED** that Defendants' Motion to Dismiss the Amended Complaint (ECF 12) is **GRANTED** in part and **DENIED** in part, as follows. The Motion is **GRANTED** as unopposed with respect to Count III. The Motion is **DENIED** as to Counts I and II, because the allegations in Plaintiff's Amended Complaint, when viewed in the light most favorable to Plaintiff as required by law, suffice to state a claim.

 /s/ Gerald Austin McHugh
United States District Judge