# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARC HAYES** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-797 |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |

## ORDER

This 23rd day of June, 2025, it is hereby **ORDERED** that the status conference call previously scheduled for July 1, 2025, is **CANCELLED**.  Counsel shall promptly inform the Court of any status updates in the related case pending before the Supreme Court of Pennsylvania.

    /s/ Gerald Austin McHugh
United States District Judge