**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARC HAYES** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-797 |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |

## ORDER

This 15th day of July, 2025, it is hereby **ORDERED** that Plaintiff's First Motion in Limine, ECF 15, is **DENIED** as filed prematurely, without prejudice to resubmission closer to trial.

   /s/ Gerald Austin McHugh
United States District Judge